**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Antonio Flores, | ) | No. CIV 07-625-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Besser Company, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Joint Motion to Extend Defendant Oldcastle APG West's ("Oldcastle")Deadline to Answer Plaintiff's Complaint. [Doc. No. 7] Good cause appearing,

**IT IS ORDERED** the parties' Joint Motion to Extend Defendant Oldcastle APG West's Deadline to Answer Plaintiff's Complaint [Doc. No. 7] is **GRANTED**.

**IT IS FURTHER ORDERED** Defendant Oldcastle shall have through April 9, 2007, to answer or otherwise respond to Plaintiff's Complaint.

DATED this 6th day of April, 2007.

Stephen M. McNamee
United States District Judge