**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Antonio Flores, | ) | No. CIV 07-625-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Besser Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

        Pending before the Court is the parties' Stipulation of Dismissal With Prejudice of Defendant Oldcastle APG West, Inc. (Dkt. 11)  Good cause appearing,

        **IT IS ORDERED** that the parties' Stipulation of Dismissal With Prejudice of Defendant Oldcastle APG West, Inc. ("Oldcastle") (Dkt. 11) is **GRANTED**, and Plaintiff's claims against Defendant Oldcastle are dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

        **IT IS FURTHER ORDERED** that Defendant Oldcastle shall no longer be a party to this action.

        **DATED this 18th day of June, 2007.**

_____
Stephen M. McNamee
United States District Judge